

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2022

No. 04-22-00041-CV

**IN THE INTEREST OF O.L.S., A CHILD**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00361
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The clerk's record was originally due January 21, 2022 and was not filed. On January 21, 2022, the district clerk filed a notification of late record requesting an extension of time to file the record. On January 28, 2022, the district clerk filed the clerk's record. Accordingly, the district clerk's request for an extension of time is **DENIED AS MOOT**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2022.

_____
Michael A. Cruz,
Clerk of Court